IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOHNATHON DUNGAN, et al,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO 08-0360-KD-M |
| | ) |
| **AMERIQUEST MORTGAGE** | ) |
| **COMPANY, INC., et al,** | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

This matter is before the Court on defendants Motion to Stay and Motion for Extension of Time(doc. 4). Defendants move the Court to stay this matter pending the anticipated transfer by the Judicial Panel on Multidistrict Litigation to the Northern District of Illinois for consolidated pre-trial proceedings. Defendants state that Ameriquest has submitted a Notice of Potential Tag-Along Action to the Judicial Panel and requested transfer of this case. Defendants also move the court for additional time to answer or otherwise respond to plaintiffs' complaint.

Any response to the motion by the plaintiffs should be filed on or before **August 5, 2008.**

**DONE** and **ORDERED** this the 30th day of July, 2008.

> s/ Kristi K. DuBose
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**