IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHNATHON DUNGAN, et al. | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NUMBER: |
| | ) 1:08-CV-00360-KD-M |
| | ) |
| AMERIQUEST MORTGAGE | ) |
| COMPANY, INC., et al. | ) |
| | ) |
|    Defendants. | ) |

PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO STAY
AND MOTION FOR EXTENSION OF TIME

Plaintiff does not oppose Defendant's Motion to Stay and Motion for Extension of Time (Doc. 4).

Respectfully Submitted,

s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr. (UNDEE6591)
21 South Section St.
Fairhope, Alabama 36532
Telephone: 251.990.5558
Facsimile: 251.990.0626
E-mail: epunderwood@alalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1st 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen J. Bumgarner
Burr & Forman LLP
3400 Wachovia Tower
420 North 20th St.
Birmingham AL 35203

Kenneth J. Riemer
P.O. Box 1206
166 Government St.
Mobile AL 36633

s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.