IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOHNATHON DUNGAN, et al,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO 08-0360-KD-M |
| | ) |
| **AMERIQUEST MORTGAGE COMPANY, INC., et al,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This matter is before the Court on defendants Motion to Stay and Motion for Extension of Time and plaintiffs' response (docs. 4, 8). Defendants move the Court to stay this matter pending the anticipated transfer by the Judicial Panel on Multidistrict Litigation to the Northern District of Illinois for consolidated pre-trial proceedings. Defendants state that Ameriquest has submitted a Notice of Potential Tag-Along Action to the Judicial Panel and requested transfer of this case. Defendants also move the court for additional time to answer or otherwise respond to plaintiffs' complaint. Plaintiffs respond that they do not oppose the motion to stay or the motion for extension of time.

Upon consideration, and for the reasons set forth in the motion, the motion to stay is **GRANTED** and this matter is stayed pending the transfer.[1] The motion for extension of time to respond is **MOOT** since the case is stayed. To the extent that defendants request additional time to respond to plaintiffs' complaint <u>after</u> the anticipated transfer is complete, this court will no longer have jurisdiction over this matter to grant any motions or requests.

**DONE** and **ORDERED** this the 5th day of August, 2008.

s/ Kristi K. DuBose
**KRISTI  K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] On July 24, 2008, the court has received a copy of the Conditional Transfer Order (CTO-48) from the Judicial Panel on Multidistrict Litigation.