JURY

# U.S. District Court
## Southern District of Alabama (Mobile)
### CIVIL DOCKET FOR CASE #: 1:08–cv–00360–KD–M

| | |
|---|---|
| Dungan et al v. Ameriquest Mortgage Company, Inc. | Date Filed: 06/20/2008 |
| Assigned to: Judge Kristi K. DuBose | Date Terminated: 08/19/2008 |
| Referred to: Magistrate Judge Bert W. Milling, Jr | Jury Demand: Plaintiff |
| Cause: 15:1601 Truth in Lending | Nature of Suit: 480 Consumer Credit |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Johnathon Dungan** represented by **James Donnie Patterson**
P.O. Box 969
Fairhope, AL 36533
251–990–5558
Email: jpatterson@alalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl P. Underwood**
P. O. Box 969
Fairhope, AL 36533–0969
251–990–5558
Fax: 251–990–0626
Email: epunderwood@alalaw.com
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
166 Government Street, Suite 100
Mobile, AL 36602
251–432–9212
Fax: 251–433–7172
Email: kjr@alaconsumerlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Dungan** represented by **James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl P. Underwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jack Fuller**                             represented by  **James Donnie Patterson**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Earl P. Underwood**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Kenneth J. Riemer**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rhonda Fuller**                           represented by  **James Donnie Patterson**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Earl P. Underwood**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Kenneth J. Riemer**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Danny Mallory**                           represented by  **James Donnie Patterson**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Earl P. Underwood**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Kenneth J. Riemer**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pamela Mallory**                          represented by  **James Donnie Patterson**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Earl P. Underwood**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Kenneth J. Riemer**
                                                             (See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Morgan**                                        represented by  **James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl P. Underwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marjorie Morgan**                                      represented by  **James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl P. Underwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erwin Grayson**                                        represented by  **James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl P. Underwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lillian Grayson**                                      represented by  **James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl P. Underwood**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Ameriquest Mortgage Company, Inc.** | represented by | **Stephen James Bumgarner**<br>Burr &Forman LLP<br>3400 Wachovia Tower<br>420 North 20th Street<br>Birmingham, AL 35203<br>205–458–5355<br>Fax: 205–244–5611<br>Email: sbumgarn@burr.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Washington Mutual Bank** | represented by | **Stephen James Bumgarner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/20/2008 | Ï 1 | COMPLAINT against Washington Mutual Bank, Ameriquest Mortgage Company, Inc. ( Filing fee $350 receipt number 11280000000000645381, Online Credit Card Payment), filed by Pamela Mallory, Robert Morgan, Marjorie Morgan, Erwin Grayson, Lillian Grayson, Johnathon Dungan, Michelle Dungan, Jack Fuller, Rhonda Fuller, Danny Mallory. (Patterson, James) (Additional attachment(s) added on 6/23/2008: # 1 Civil Cover Sheet) (adk). (Entered: 06/20/2008) |
| 07/29/2008 | Ï 2 | NOTICE of Filing Proposed Summons by Pamela Mallory, Robert Morgan, Marjorie Morgan, Erwin Grayson, Lillian Grayson, Johnathon Dungan, Michelle Dungan, Jack Fuller, Rhonda Fuller, Danny Mallory *for Ameriquest Mortgage Company and Washington Mutual Bank* (Underwood, Earl) (Entered: 07/29/2008) |
| 07/29/2008 | Ï 3 | Summons Issued as to Ameriquest Mortgage Company, Inc. Mailed originals to Atty. Underwood. (mpp) (Entered: 07/29/2008) |
| 07/29/2008 | Ï 4 | MOTION to Stay, MOTION for Extension of Time by Ameriquest Mortgage Company, Inc., Washington Mutual Bank. (Attachments: # 1 Exhibit A) (Bumgarner, Stephen) (Entered: 07/29/2008) |
| 07/30/2008 | Ï 5 | Order re: 4 MOTION to Stay MOTION for Extension of Time filed by Ameriquest Mortgage Company, Inc., Washington Mutual Bank stating Plaintiffs' Responses due by 8/5/2008. Signed by Judge Kristi K. DuBose on 7/30/08. Copies to parties. (mpp) (Entered: 07/30/2008) |
| 07/30/2008 | Ï 6 | NOTICE of Filing Proposed Summons by Pamela Mallory, Robert Morgan, Marjorie Morgan, Erwin Grayson, Lillian Grayson, Johnathon Dungan, Michelle Dungan, Jack Fuller, Rhonda Fuller, Danny Mallory *to Washington Mutual Bank* (Underwood, Earl) (Entered: 07/30/2008) |

| | | |
|---|---|---|
| 07/31/2008 | Ï 7 | Summons Issued as to Washington Mutual Bank. Mailed to Atty. Underwood. (mpp) (Entered: 07/31/2008) |
| 08/01/2008 | Ï 8 | RESPONSE in Support re 4 MOTION to Stay MOTION for Extension of Time filed by Pamela Mallory, Robert Morgan, Marjorie Morgan, Erwin Grayson, Lillian Grayson, Johnathon Dungan, Michelle Dungan, Jack Fuller, Rhonda Fuller, Danny Mallory. (Underwood, Earl) (Entered: 08/01/2008) |
| 08/04/2008 | Ï 9 | RETURN OF SERVICE of Summons served 08/01/2008 as to Ameriquest Mortgage Company (Attachments: # 1 Supplement Certified Mail Return Receipt – Ameriquest) (Underwood, Earl) (Entered: 08/04/2008) |
| 08/04/2008 | Ï | Answer due from Ameriquest Mortgage Company, Inc. on 8/21/2008 re: Return 9 . (mpp) (Entered: 08/05/2008) |
| 08/05/2008 | Ï 10 | ORDER stating the motion 4 to stay is GRANTED and this matter is stayed pending the transfer to MDL. The motion 4 for extension of time to respond is MOOT since the case is stayed. To the extent that defendants request additional time torespond to plaintiffs' complaint after the anticipated transfer is complete, this court will no longer have jurisdiction over this matter to grant any motions or requests. Signed by Judge Kristi K. DuBose on 8/5/08. Copies to parties on 8/6/08.(mpp) (Entered: 08/06/2008) |
| 08/19/2008 | Ï 11 | Conditional Transfer Order (MDL) from Northern Illinois requesting transfer of action. ECF transfer to requesting District. (Attachments: # 1 MDL Letter) (jlr) (Entered: 08/19/2008) |